**Order entered June 25, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00316-CR

**MARK THOMAS, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 27514**

## ORDER

Appellant's June 19, 2013 motion to extend the time to file appellant's brief is **GRANTED**. We **ORDER** Court Reporter Kelly Bryant to file, by **July 25, 2013**, either a supplemental reporter's record of the hearings held in this case on July 25, 2011, August 8, 2011, August 15, 2011, and February 1, 2012 or else a letter certifying that the records are unavailable.

We **EXTEND** the time to file appellant's brief until **August 26, 2013**.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Kelly Bryant.

/s/  LANA MYERS
   JUSTICE